## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELPHINE D., et. al.,

          *Plaintiffs,*

   v.

UHS DOYLESTOWN, LLC, et. al.,

          *Defendants.*

CIVIL ACTION
NO. 23-2097

## <u>ORDER</u>

**AND NOW**, this 21st day of February, 2024, upon consideration of Plaintiff's Second Amended Complaint (ECF No. 56), the Defendants' Motions to Dismiss (ECF Nos. 60-1, 61-1), Plaintiff's Responses (ECF No. 70, 71), and Defendants' Replies (ECF Nos. 72, 73), it is hereby **ORDERED** as follows:

1. ECF No. 61-1 is **GRANTED**.  Counts I, III, IV and V against UHSI and UHSP are **DISMISSED** with prejudice and UHSI and UHSP are dismissed from the case.

2. ECF No. 60-1 is **GRANTED** in part and **DENIED** in part.  Counts I, III, IV, V, VI, VII and VIII against UHSD are **DISMISSED** with prejudice and UHSD is dismissed from the case.  Counts I and II against the Foundations Individual Defendants survive, as do all claims against Isaac and UHS Doylestown, also known as Foundations.

3. Defendants' motion to strike paragraphs 86, 75, 79, 98, 99, 101, 104 and 107 is **DENIED**.

4. Defendants' motion to strike paragraphs 92(d), (f), (g), (h), (k), (m), (n), (o), (q), (r), (s), (t), (u), (w), (x), (aa), (ee), (ff), (hh), (ii), (jj), (mm), (nn), (oo), (pp), (rr), (ss), (tt), and (vv)) is **GRANTED**.

1

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.